UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF INDIANA *ex rel.* JUDITH ROBINSON, <br><br> Plaintiff/Relator, <br><br> v. <br><br> INDIANA UNIVERSITY HEALTH, INC., HEALTHNET, INC., and MDWISE, INC. <br><br> Defendants. | Case No. 1:13-cv-2009-TWP-MJD |

## STATUS REPORT REGARDING SERVICE OF COMPLAINT

Pursuant to this Court's Minute Entry for March 19, 2015 the Status Conference [Dkt. 55], Relator Judith Robinson hereby files this status report regarding the efforts that have been undertaken to effect service of the summons and Amended Complaint upon each of the Defendants.

As to Defendants IU Health and HealthNet, Relator's counsel Jillian Estes of the James Hoyer law firm has been in communication with Erin Lewis, Chief Compliance Officer for Indiana University Health, Inc. Ms. Lewis has agreed to accept and waive service for both IU Health and HealthNet. Ms. Estes mailed the appropriate pleadings and waiver request to Ms. Lewis on March 31, 2015, and will file the executed Waiver of Service as soon it is received.

As to Defendant MDwise, Ms. Estes has been in communication with Patty Hebenstreit, General Counsel for MDwise, Inc.. MDwise elected not to waive service. Therefore, relator's

counsel served Ms. Hebenstreit on behalf of MDwise, Inc. at her place of business on April 2, 2015.  Proof of service was filed with the Court on April 3, 2015.

Respectfully submitted this 3rd day of April, 2015,

       /s/ Christopher Casper_____
**Christopher Casper**
ccasper@jameshoyer.com
**Jillian L. Estes**
jestes@jameshoyer.com
JAMES, HOYER, NEWCOMER &
SMILJANICH, P.A.
4830 W. Kennedy Blvd.
One Urban Center, Suite 550
Tampa, FL   33609
Phone: (813) 397-2300
Fax: (813) 397-2310

**Robert E. Saint**
rsaint@ewnc-law.com
Of counsel:
EMSWILLER, WILLIAMS, NOLAND &
CLARKE, P.C.
8500 Keystone Crossing, Suite 500
Indianapolis, IN   46240
Phone: (317) 475-4469
Fax: (317) 257-8787

**Christopher Jayson**
cjayson@jfswlaw.com
JAYSON, FARTHING, SKAFIDAS &
WRIGHT, P.A.
5401 W. Kennedy Blvd., Suite 600
Tampa, FL   33609
Phone: (813) 321-1111
Fax: (813) 321-1112

*Counsel for Relator Dr. Judith Robinson*