UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES, *et al.* <br>             Plaintiffs, <br><br>            vs. <br><br> INDIANA UNIVERSITY HEALTH INC. formerly known as CLARIAN HEALTH PARTNERS, INC., *et al.* <br>            Defendants. <br><br> JUDITH ROBINSON, <br><br>            Relator. | No. 1:13-cv-02009-TWP-MJD |

**ORDER ON MOTION TO SEAL**

This matter is before the Court on Relator's motion to seal. [Dkt. 210.] For the following reasons, the Court **GRANTS** the motion.

Relator seeks to maintain under seal an exhibit attached to her motion for a protective order, [Dkt. 209], as implicating sensitive medical information. In support, Relator explains that, while partially redacted, there remains a risk that someone may be able to identify the associated patient on the basis of the non-redacted information. Relator has filed a fully redacted version in the public docket. [Dkt. 208-1.]

Once a document becomes part of the underpinning of a case, it is presumptively subject to public inspection unless it fits a recognized category of "bona fide long-term confidentiality," such as "information required by statute to be maintained in confidence." *Baxter Int'l, Inc. v. Abbott Labs.*, 297 F.3d 544, 545–46 (7th Cir. 2002). Having reviewed the submitted exhibit, the

Court finds that the unredacted material in Docket No. 209 implicates highly sensitive medical information, which information is required to be maintained as confidential by the Health Information Portability and Accountability Act of 1996 ("HIPPA").  *See* 45 C.F.R. §§ 160.103, 164.401.  Accordingly, the Court **GRANTS** Relator's motion to seal the partially redacted version of the document.  The Court orders the clerk to maintain Docket No. 209 under permanent seal.

    SO ORDERED.

Dated:  09 SEP 2016

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.